UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | Information No. CR408 143 |
|---|---|---|
| | ) | |
| v. | ) | VIO: 18 U.S.C. 1382 |
| | ) | 18 U.S.C. 7 and 13 |
| **BRANDON C. SUBIA** | ) | O.C.G.A |
| | ) | 40-6-181 |
| | ) | Criminal Trespassing |
| | ) | Speeding |

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 28, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States and located in the Southern District of Georgia,

**BRANDON C. SUBIA**

did unlawfully enter Fort Stewart Military Reservation after being barred from doing so by the Installation Commander, in violation of Fort Stewart regulations, and in violation of Title 18, United States Code, Section 1382.

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about April 28, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States and located in the Southern District of Georgia,

**BRANDON C. SUBIA**

did unlawfully drive a motor vehicle at an approximate speed of 43 miles per hour in a 30 mile per hour zone, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code

of Georgia Annotated, Section 40-6-181.

                                                        EDMUND A. BOOTH JR.
                                                        UNITED STATES ATTORNEY

_/s/ P. Bryant_                                   _/s/ Edward J. Whitford_
Assistant U. S. Attorney                     Edward J. Whitford
                                                        Special Assistant U.S. Attorney
                                                        Illinois Bar 6291047