UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MOTION TO DISMISS |
| | ) | |
| V. | ) | CR 408-143 |
| | ) | |
| **BRANDON C. SUBIA** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the information in the above-captioned case due to these offenses not being in the government's interest to prosecute at this time.

Respectfully Submitted,

Edmund A. Booth, Jr.
United States Attorney

R. Brian Tanner
Assistant
United States Attorney

s/ Edward J. Whitford, Esq.
Illinois Bar 6291047
Attorney for the Plaintiff
Special Assistant
United States Attorney
P.O. Box 8970
Savannah, GA 31412
Telephone (912) 767-7101
E-Mail: edward.whitford@us.army.mil

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
| | ) | |
| v. | ) | |
| | ) | CR 408-143 |
| **BRANDON C. SUBIA** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _____ day of August, 2008.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR 408-143 |
| v. | ) | |
| | ) | |
| BRANDON C. SUBIA, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of August, 2008.

Respectfully Submitted,

Edmund A. Booth, Jr.
United States Attorney

R. Brian Tanner
Assistant
United States Attorney

s/ Edward J. Whitford, Esq.
Illinois Bar 6291047
Attorney for the Plaintiff
Special Assistant
United States Attorney
P.O. Box 8970
Savannah, GA 31412
Telephone (912) 767-7101
E-Mail:
edward.whitford@us.army.mil